28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARLOS VALENTIN, Respondent.

Submitted November 16, 2015; decided November 18, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BRANDON WARRINGTON, Respondent.

Submitted October 26, 2015; decided November 18, 2015

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12207 assigned as counsel to the respondent on the appeal herein.

KELLY G. SHERIDAN, Respondent, v DAVID E. SHERIDAN, Appellant. KELLY M. CORBETT, Attorney for the Child, Appellant. (Appeal No. 1.)

Submitted November 16, 2015; decided November 18, 2015

Motion for poor person relief granted.